IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JEVIC HOLDING CORP., *et. al.*,<br><br>                Debtors. | Chapter 7<br><br>Case No. 08-11006 (BLS) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the bankruptcy estates of JEVIC HOLDING CORP., *et al.*,<br><br>                Plaintiff,<br>v.<br><br>THE CIT GROUP/BUSINESS CREDIT, INC., in its capacity as Agent, and SUN CAPITAL PARTNERS IV, LP, SUN CAPITAL PARTNERS MANAGEMENT IV, LLC, and SUN CAPITAL PARTNERS, INC.,<br><br>                Defendants. | Adv. Pro. No. 08-51903 (BLS) |

## MOTION OF SUN CAPITAL FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7012 Federal Rules of Bankruptcy Procedure, and for the reasons set forth in the accompanying memorandum of law (the "Memorandum") in support of this motion (the "Motion") Defendants Sun Capital Partners IV, LP, Sun Capital Partners Management IV, LLC, and Sun Capital Partners, Inc. (collectively, the "Sun Capital"), hereby respectfully move for judgment on the *Second Amended Complaint and Objection to Claims* (A.D.I. 43) (the "Complaint").

WHEREFORE, Sun Capital respectfully requests that this Court enter an order in substantially the form attached hereto as **Exhibit A** and grant such further relief as the Court may deem necessary and proper.

Dated: April 6, 2020

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Curtis S. Miller*
Curtis S. Miller (No. 4583)
Matthew O. Talmo (No. 6333)
1201 North Market Street, Suite 1600
Wilmington, DE  19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
cmiller@mnat.com
mtalmo@mnat.com

 -and-

KIRKLAND & ELLIS LLP
James A. Stempel
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
jstempel@kirkland.com

James P. Gillespie, Esq.
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5190
Facsimile: (202) 389-5200
james.gillespie@kirkland.com

*Counsel to Sun Capital Partners IV, LP, Sun Capital Partners Management IV, LLC, and Sun Capital Partners, Inc*