# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JEVIC HOLDING CORP., *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 08-11006 (BLS)<br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the bankruptcy estates of JEVIC HOLDING CORP., *et al.*,<br><br>               Plaintiff,<br>  v.<br><br>THE CIT GROUP/BUSINESS CREDIT, INC., in its capacity as Agent, *et al.*,<br><br>               Defendant. | Adv. No. 08-51903 (BLS)<br><br>Re: Adv. Docket Nos. 43, 121 and 122 |

### MOTION OF THE CIT GROUP/BUSINESS CREDIT, INC., AS AGENT, FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(c)

The CIT Group/Business Credit, Inc. ("CIT"), in its capacity as agent for itself and BMO Capital Markets Financing, LaSalle Bank Midwest National Association, PNC Bank, N.A., and Wachovia Bank, National Association (together with CIT in its capacity as lender, the "Lender Group") hereby moves this Court for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c), as made applicable by Federal Rule of Bankruptcy Procedure 7012 (this "Motion for Judgment on the Pleadings"), for the reasons set forth in the *Opening Brief of the CIT Group/Business Credit, Inc., as Agent, in (I) Opposition to the Motion to Substitute Chapter 7 Trustee as Real Party in Interest and (II) Support of the Motion of the CIT Group/Business*

---

[1] The Debtors in this Chapter 7 case, along with the last four digits of the Debtors' federal tax identification numbers are: Jevic Holding Corp. (8738); Creek Road Properties, LLC (9874); and Jevic Transportation, Inc. (3402).

*Credit, Inc., as Agent, for Judgment on the Pleadings*, which was filed contemporaneously herewith and is incorporated herein.

WHEREFORE, CIT respectfully requests that, as set forth in the proposed Order attached as **Exhibit A**, this Court (i) grant the Motion for Judgment on the Pleadings and (ii) and enter judgment in CIT's favor on all claims in the Complaint against CIT (including, without limitation, Counts One through Twelve) and (b) granting such further relief to CIT as is appropriate.

Dated: April 6, 2020  
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By:   /s/ *Kurt F. Gwynne*  
Kurt F. Gwynne (No. 3951)  
Katelin A. Morales (No. 6683)  
1201 Market Street, Suite 1500  
Wilmington, DE  19801  
Telephone:  (302) 778-7550  
Facsimile:  (302) 778-7575  
Email:  kgwynne@reedsmith.com  
Email:  kmorales@reedsmith.com

*Attorneys for The CIT Group/Business Credit, Inc., as Agent*