# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JEVIC HOLDING CORP., *et al.*,[1] | Case No. 08-11006 (BLS) (Jointly Administered) |
| Debtors. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the bankruptcy estates of JEVIC HOLDING CORP., *et al.*, | Adv. No. 08-51903 (BLS) |
| Plaintiff, v. | Re: Adv. Docket Nos. 121 and 122 |
| THE CIT GROUP/BUSINESS CREDIT, INC., in its capacity as Agent, *et al.*, | |
| Defendant. | |

**OBJECTION OF THE CIT GROUP/BUSINESS CREDIT, INC., AS AGENT, TO THE MOTION TO SUBSTITUTE CHAPTER 7 TRUSTEE AS REAL PARTY IN INTEREST**

The CIT Group/Business Credit, Inc. ("CIT"), in its capacity as agent for itself and BMO Capital Markets Financing, LaSalle Bank Midwest National Association, PNC Bank, N.A., and Wachovia Bank, National Association (together with CIT in its capacity as lender, the "Lender Group"), objects to the *Motion to Substitute Chapter 7 Trustee as Real Party in Interest* [Docket Nos. 121 and 122] for the reasons set forth in the *Opening Brief of the CIT Group/Business Credit, Inc., as Agent, in (I) Opposition to the Motion to Substitute Chapter 7 Trustee as Real Party in Interest and (II) Support of the Motion of the CIT Group/Business Credit, Inc., as Agent, for*

---

[1] The Debtors in this Chapter 7 case, along with the last four digits of the Debtors' federal tax identification numbers are: Jevic Holding Corp. (8738); Creek Road Properties, LLC (9874); and Jevic Transportation, Inc. (3402).

*Judgment on the Pleadings*), which was filed contemporaneously herewith and is incorporated herein.

WHEREFORE, CIT requests that this Court enter an Order (i) denying the Motion to Substitute Chapter 7 Trustee as Real Party in Interest; (ii) dismissing the Complaint with prejudice; and (iii) granting such further relief to CIT as is appropriate.

Dated: April 6, 2020  
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: /s/ *Kurt F. Gwynne*  
Kurt F. Gwynne (No. 3951)  
Katelin A. Morales (No. 6683)  
1201 Market Street, Suite 1500  
Wilmington, DE  19801  
Telephone:  (302) 778-7550  
Facsimile:  (302) 778-7575  
Email:  kgwynne@reedsmith.com  
            kmorales@reedsmith.com

*Attorneys for The CIT Group/Business Credit, Inc., as Agent*