IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JEVIC HOLDING CORP., *et al.*,[1]<br><br>　　Debtors. | Chapter 7<br><br>Case No. 08-11006 (BLS) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the bankruptcy estates of JEVIC HOLDING CORP., *et al.*,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE CIT GROUP/BUSINESS CREDIT, INC., in its capacity as Agent, *et al.*,<br><br>　　Defendants. | <br><br><br><br><br>Adv. Pro. No. 08-51903 (BLS)<br><br>RE: Adv. D.I. 121, 125, 130, 146, 147 |

## SECOND AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on April 12, 2019, the *Motion to Substitute Chapter 7 Trustee as Real Party in Interest* [Adv. D.I. 121] (the "Trustee Motion"), was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on April 6, 2020, the *Motion of Sun Capital for Judgment on the Pleadings* [Adv. D.I. 125] (the "Sun Capital Motion"), was also filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on April 6, 2020, the *Motion of the CIT Group/Business Credit, Inc., as Agent, for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c)* [Adv. D.I. 130] (the "CIT Group Motion"), was also filed with the Court.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Jevic Holding Corp. (8738), Creek Road Properties, LLC (9874) and Jevic Transportation, Inc (3402).

13949292

**PLEASE TAKE FURTHER NOTICE** that, on September 29, 2020, a notice of hearing was filed [Adv. D.I. 146] with respect to the Trustee Motion, the Sun Capital Motion, and the CIT Motion stating that a hearing would be held on October 22, 2020.

**PLEASE TAKE FURTHER NOTICE** that, on October 6, 2020, an amended notice of hearing was filed [Adv. D.I. 147] with respect to the Trustee Motion, the Sun Capital Motion, and the CIT Motion stating that a hearing would be held on November 5, 2020.

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Court, the hearing with respect to the Trustee Motion, the Sun Capital Motion, and the CIT Motion has been rescheduled and will be held on **January 20, 2021, at 1:00 p.m. (ET),** before The Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, except for those matters relating to the Trustee Motion, the Sun Capital Motion, and the CIT Motion, other matters may not be scheduled to be heard at the hearing absent permission from the Court.

**PLEASE TAKE FURTHER NOTICE that this Hearing will be held telephonically and by videoconference. All parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878 to register.  Additionally, any parties that will be arguing or testifying must appear by Zoom for video and CourtCall for audio in accordance with the instructions set forth in the Notice Regarding Videoconferencing During the Implementation of COVID-19 Court Procedures and Delaware Bankruptcy Court Video Appearance Procedures.**

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: November 6, 2020 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br><br> */s/ Matthew D. Beebe*<br>Michael J. Barrie (No. 4684)<br>Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>Sean A. Meluney (No. 5514)<br>Matthew D. Beebe (No. 5980)<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>mbarrie@beneschlaw.com<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>smeluney@beneschlaw.com<br>mbeebe@beneschlaw.com<br><br>*Special Litigation Counsel for George L. Miller, Chapter 7 Trustee* |

**CERTIFICATE OF SERVICE**

I, Matthew D. Beebe, hereby certify that, on November 6, 2020, a true and correct copy of the foregoing *Notice of Hearing* was served via CM/ECF on all parties registered to receive service in this adversary proceeding.

       */s/ Matthew D. Beebe*
Matthew D. Beebe (No. 5980)

*Special Litigation Counsel for George L. Miller, Chapter 7 Trustee*